UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BETTY AND MICHAEL HOLCOMB,

    Plaintiffs,

v.

VALENTINE & KEBARTAS,

    Defendant.

_____/

CASE NO.

## PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, BETTY AND MICHAEL HOLCOMB ("Plaintiffs"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiffs' Complaint against Defendant, VALENTINE & KEBARTAS, ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL      1

## PARTIES

5. Plaintiffs are natural persons who reside in Crystal River, Citrus County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff are informed, believe, and thereon allege, that Defendant is a national company with a business office in Schaumburg, Illinois.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiffs are informed, believe, and thereon allege, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. On or about July 12, 2011, Defendant called Plaintiffs and left a message without disclosing Defendant's identity and failing to inform Plaintiffs that the call was from a debt collector.

10. On or about July 29, 2011, Defendant called Plaintiffs and left a message without disclosing Defendant's identity and failing to inform Plaintiffs that the call was from a debt collector.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

   a) Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiffs;

b) Defendant violated §1692d(6) of the FDCPA by failing to disclose Defendant's identity to Plaintiff in a communication.

c) Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representation or means in connection with the debt collection.

d) Defendant violated §1692e(11) of the FDCPA by failing to inform Plaintiffs that the communication from Defendant was from a debt collector.

**WHEREFORE**, Plaintiffs respectfully pray that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

19. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: *Shireen Hormozdi*
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax: (866) 802-0021
Attorney for Plaintiff
FBN: 0882461

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs, BETTY AND MICHAEL HOLCOMB, hereby demand trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF CITRUS)

Plaintiff, BETTY AND MICHAEL HOLCOMB, says as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, BETTY AND MICHAEL HOLCOMB, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 08/22/11

_____
BETTY HOLCOMB
Plaintiff

Dated: 08/22/2011

_____
MICHAEL HOLCOMB
Plaintiff

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL                              4